EDWARD MANIBUSAN
Attorney General
J. ROBERT GLASS JR. (F0523)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950-8907
Telephone: (670) 237-7500
Fax: (670) 664-2349
E-mail: robby_glass@cnmioag.org

Attorney for Defendant Kenneth Camacho in his personal capacity

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIAO PING WANG, <br><br> Plaintiff, <br><br> v. <br><br> WALLY VILLAGOMEZ, et al. <br><br> Defendants. | Civil Action No. 21-00014 <br><br> **PROOF OF SERVICE** |

I am over 18 years of age and not a party to this action. My business address is Urbano Babauta, Investigator, 2nd Fl., Juan A. Sablan Admin. Bldg., Caller Box 10007 CHRB, Saipan, MP 96950, Tel: (670) 237-7500, Fax: (670) 664-2349, E-mail: urbano_babauta@cnmioag.org., which is located in the district where the service described below took place.

On April __3__, 2024, I caused to be served on Xiao Ping Wang the following document(s):

- Defendant's Rule 26 Initial Disclosures

DATED: April 3, 2024                             OFFICE OF THE ATTORNEY GENERAL

                                                 _____
                                                 Urbano Babauta
                                                 Investigator

## To Be Filled Out By Process Server

✓ I served the above documents by delivering a copy to the named person as follows:

Xiao Ping Wang          Xiao Ping Wang   4/03/2024
_____on_____; or

___ I returned the subpoena unexecuted because: _____

_____

I declare under penalty of perjury that the above information is true.

Date: 4/3/2024                                   _____
                                                 Server's Signature

                                                 Urbano D. Babauta, Investigator
                                                 Printed Name and Title

                                                 Susupe Saipan
                                                 Server's Address