F I L E D
Clerk
District Court
APR 04 2024
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

XIAO PING WANG,

Plaintiff,

v.

WALLY VILLAGOMEZ, GEORGIA CABRERA, KENNETH CAMACHO, JACK SABLAN, and MAX CRUZ in their individual and official capacities,

Defendants.

Case No. 1:21-CV-00014

**ORDER GRANTING REQUEST TO CONTINUE HEARING**

Counsel Stephen J. Nutting's Request to Continue (ECF No. 42) the hearing on counsel's Motion for Leave to Provide Limited Scope Representation (ECF No. 39) for Xiao Ping Wang, which is presently set for April 18, 2024, is hereby GRANTED. The hearing on counsel's motion is now set for **April 25, 2024 at 1:30 p.m.**

IT IS SO ORDERED this 4th day of April 2024.

RAMONA V. MANGLONA
Chief Judge