FILED
Clerk
District Court

APR 25 2024

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

1:21-cv-00014                                                        April 28, 2024
                                                                         1:30 p.m.

### XIAO PING WANG -vs- KEN CAMACHO

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
         HANNAH ROBERTSON, LAW CLERK
         FRANCINE ATALIG, COURTROOM DEPUTY
         ANASTASIIA SHAMANAEVA, INTERN
         STEPHEN NUTTING, ATTORNEY FOR PLAINTIFF
         XIAO PING WANG, PLAINTIFF
         JONATHAN GLASS, ATTORNEY FOR DEFENDANT CAMACHO

PROCEEDINGS: MOTION TO APPPEAR TO PROVIDE LIMITED SCOPE REPRESENTATION

Court addressed Attorney Nutting's Motion to Appear to Provide Limited Scope Representation, ECF No. [39]. Attorney Nutting apprised the Court that he intends on representing the Plaintiff for the settlement conference set for October 25, 2024. Court apprised all its inclination to grant the motion for purposes during mediations and settlement conferences.

Court **granted** Attorney Nutting's Motion to Appear to Provide Limited Scope Representation, ECF No. [39], to assist and provide guidance to the Plaintiff during mediations and settlement conference. For any other communications including discovery and litigation matters, Defense counsel may communicate with the Plaintiff directly, but that Attorney Nutting be copied in these communications.

Attorney Nutting reported that the Plaintiff understands the limited scope of representation.

Attorney Glass reported that his client is not interested in an early settlement conference at this time but that counsel will inform his client of the early settlement conference to be set. Court set an early **Settlement Conference** for **May 6, 2024**, at **9:00 am** and a **Pre-Settlement Telephone Conference** for **April 29, 2024**, at **10:00 am**.

                                                    Adjourned at 1:55 p.m.
                                                    /s/ Francine Atalig, Courtroom Deputy

_____
CERTIFICATE OF OFFICIAL COURT RECORDER

I, Francine Atalig, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on 04/25/2024. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above-entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).
_____