F I L E D
Clerk
District Court
APR 25 2024
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIAO PING WANG,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH CAMACHO, in his personal and official capacity,<br><br>    Defendants. | CASE NO. 1:21-cv-00014<br><br>**ORDER GRANTING ATTORNEY STEPHEN NUTTING'S MOTION FOR LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION AS TO MEDIATION AND SETTLEMENT CONFERENCES** |

    Before the Court is Attorney Stephen J. Nutting's Motion for Leave to Appear to Provide Limited Scope Representation ("Mot.," ECF No. 39) to pro se plaintiff Xiao Ping Wang in this action. Defendant Kenneth Camacho does not oppose the Motion but seeks some clarification. (Def. Camacho's Notice, ECF No. 44.) For the following reasons, the Court grants Nutting's motion.

    Pursuant to A.B.A. Model Rule of Professional Conduct 1.2(c), "[a] lawyer may limit the scope of the representation if the limitation is reasonable under the circumstances and the client gives informed consent." Here, Nutting has "agreed to assist [Wang] in a limited capacity in order to provide legal services through the course of mediation, or other settlement conference(s) which may be scheduled by the Court." (Mot. 1.) Nutting represents that Wang "has approved and understands the limited scope of [his] representation." (Limited Entry of Appearance 2, ECF No. 39-1.)

The Court recognizes the potential benefits that limited-scope representation may have for clients—in particular pro se clients. As such and pursuant to A.B.A. Model Rule of Professional Conduct 1.2(c), the Court grants the Motion. Nutting's scope of representation of Wang is limited to during mediation and settlement conferences. Therefore, Defendant's attorney is required to communicate to Wang through Nutting any matters regarding mediation or settlement conferences. Although all other communications shall be directed to Wang himself, because other discovery and litigation matters may be pertinent to Nutting's limited scope representation, Defendant's attorney is directed to notice Nutting of all such communications. At the conclusion of this limited representation, Mr. Nutting shall file a motion for leave to withdraw from providing limited scope representation.

The Court finds that this case will benefit from an early settlement conference. Accordingly, the Court hereby schedules a settlement conference before Magistrate Judge Heather L. Kennedy on **May 6, 2024, at 9:00 a.m.** All parties are ordered to appear at the settlement conference.

IT IS SO ORDERED this 25th day of April 2024.

RAMONA V. MANGLONA
Chief Judge