F I L E D
Clerk
District Court

APR 29 2024

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

XIAO PING WANG,

               Plaintiff,

      vs.

KENNETH CAMACHO, in his personal and
official capacity,

             Defendant.

Case No. 1:21-cv-00014

**ORDER RE: SUBMISSION
OF SETTLEMENT
STATEMENTS**

The settlement conference in this matter is set for **June 20, 2024, at 8:30 a.m.** before the Honorable Heather L. Kennedy in the third floor chambers conference room.

Parties must meet and confer by May 15, 2024, to discuss exchange of discovery before the conference. Plaintiff's settlement statement with demand must be submitted to Defendant no later than May 23, 2024. Defendant's response to Plaintiff is due no later than June 4, 2024. These statements will not become part of the case file and will only be used for settlement discussions in this matter. Parties must submit these statements along with additional information that may assist the judge during settlement discussion by emailing them to MJchambers@nmid.uscourts.gov by June 4, 2024. Any additional information submitted to the judge only will not be shared with the other party without consent. Settlement statements should include: a brief outline of the facts of the case; undisputed issues and major issues in dispute; remedy sought, such as general damages, special damages, and punitive damages; previous demand(s) and counteroffer(s); and any other information which may encourage settlement of this matter. Each party must attend the conference with an authorized representative

1  possessing full settlement authority[1] and counsel.  If counsel or a representative with full authority is

2  unable to appear in-person, the party must seek the court's permission to participate by an alternate

3  method.

4          SO ORDERED on April 29, 2024.

5

6

7  HEATHER L. KENNEDY
   Magistrate Judge

8

---

[1] In accordance with LR 16.4(b)(3)(B), each party and counsel must "attend the settlement conference, either personally or through a representative with **full authority** to participate in settlement negotiations" (emphasis added).  A representative with full authority is one who has unfettered discretion to change the settlement position of the party, if appropriate — not one who is only authorized to negotiate to a certain point.  The representative in attendance must be able to make an immediate decision about settlement without having to obtain permission to respond to settlement offers or consult with a person or entity not participating in the conference.  A party's view of the case may change during the conference, and the presence of a representative with full authority will facilitate compromise and maximize the time spent by the court and the parties during settlement negotiations.