Stephen J. Nutting
Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza, Suite 609
P.O. Box 5093
Saipan, MP 96950

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GODFREY S. MENDIOLA, | CASE NO. 21-00028 |
| Plaintiff, | |
| vs. | MOTION TO EXTEND SUBMISSION OF PLAINTIFF'S SETTLEMENT STATEMENT |
| VINCENT ATTAO, GREGORIO CASTRO, GEORGIA CABRERA, WALLY VILLAGOMEZ, ROBERT GUERRERO et al., in their official and personal capacities, | |
| Defendants. | |

COMES NOW, Stephen J. Nutting, the attorney representing the Plaintiff in a limited capacity to handle settlement and mediation proceedings in the above entitled matter, hereby moves the Court for an Order extending the time to submit the Plaintiff's Mediation Statement presently scheduled to be filed on May 23, 2024, until May 31, 2024, so that settlement documents may hopefully be completed prior to the Mediation date presently scheduled for June 18, 2024 at 9:00 a.m.. In the interests of full disclosure, Attorney Matthew Gregory, representing certain defendants in this matter, has voiced his non-objection to the extension. Attorney Charles P. Reyes objects to this motion.

Respectfully submitted this 23rd day of May, 2024.

STEPHEN J. NUTTING