Stephen J. Nutting
Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza, Suite 609
P.O. Box 5093
Saipan, MP 96950

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIAO PING WANG,<br><br>Plaintiff,<br><br>vs.<br><br>WALLY VILLAGOMEZ, GEORGIA CABRERA, KENNETH CAMACHO, JACK SABLAN, and MAX CRUZ in their individual and official capacities,<br><br>Defendants. | CASE NO. 21-00014<br><br>**MOTION TO EXTEND SUBMISSION OF PLAINTIFF'S SETTLEMENT STATEMENT** |

COMES NOW, Stephen J. Nutting, the attorney representing the Plaintiff in a limited capacity to handle settlement and mediation proceedings in the above entitled matter, hereby moves the Court for an Order extending the time to submit the Plaintiff's Mediation Statement presently scheduled to be filed on May 23, 2024, until May 31, 2024, so that settlement documents may hopefully be completed prior to the Mediation date presently scheduled for June 20, 2024 at 8:30 a.m.. In the interests of full disclosure, Attorney J. Robert Glass, representing defendant in this matter, has voiced his non-objection to the extension.

Respectfully submitted this 23rd day of May, 2024.

STEPHEN J. NUTTING