Stephen J. Nutting
Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza, Suite 609
P.O. Box 5093
Saipan, MP 96950

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIAO PING WANG, <br><br> Plaintiff, <br><br> vs. <br><br> WALLY VILLAGOMEZ, GEORGIA CABRERA, KENNETH CAMACHO, JACK SABLAN, and MAX CRUZ in their individual and official capacities, <br><br> Defendants. | CASE NO. 21-00014 <br><br> NOTICE OF ERRATA |

ECF 50 was filed to extend the filing time on plaintiff's Mediation Statement until May 31, 2024. A related motion in CV21-00028 was filed instead and ECF 50 was filed in error. The correct motion is filed in ECF 51.

Dated this 24th day of May, 2024.

_____/s/_____
STEPHEN J. NUTTING (F0164)