F I L E D
Clerk
District Court

MAY 24 2024

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIAO PING WANG,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH CAMACHO, in his personal and official capacity,<br><br>Defendant. | Case No. 1:21-cv-00014<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR SUBMISSION OF PLAINTIFF'S SETTLEMENT STATEMENT** |

For good cause shown and pursuant to Local Rule 7.1(f), the Court hereby GRANTS the Motion to Extend Deadline for Submission of Plaintiff's Settlement Statement (ECF No. 51) filed by Stephen J. Nutting, Esq. The deadline for *pro se* Plaintiff Xiao Ping Wang's settlement statement with demand due May 23, 2024 (ECF No. 49), is hereby extended to **May 31, 2024.** Accordingly, Defendant's response to the settlement statement is now due no later than **June 14, 2024**. The settlement conference in this matter set for June 20, 2024, at 8:30 a.m. remains the same. (*Id.*)

IT IS SO ORDERED this 24th day of May 2024.

_____
RAMONA V. MANGLONA
Chief Judge