OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel: (670)-237-7500
Fax: (670)-664-2349
e-mail:  robby_glass@cnmioag.org
Attorney for Kenneth Camacho

### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIAO PING WANG,<br><br>  Plaintiff,<br>v.<br><br>KENNETH CAMACHO, in his personal and official capacity,<br><br>  Defendant. | Civil Action No. 1-21-CV-00014<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41** |

Kenneth Camacho in his personal and official capacity by and through his attorney of record, Chief Solicitor, J. Robert Glass, Jr., and Xiao Ping Wang, by and through his limited appearance attorney of record, hereby stipulate to dismiss this case with prejudice and would show:

1) On June 21, 2024 the parties met for a settlement conference with Magistrate Judge Kennedy.
2) A confidential settlement was reached between the parties which contemplated dismissal with prejudice upon execution and satisfaction of the agreement.
3) The agreement having been satisfied is now completed and the parties now stipulate for a dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
4) This dismissal does not require a court order as it is stipulated by the parties. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).
5) This notice clearly states that the dismissal is **with** prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

So Stipulated.

June 24, 2024

By: /s/ J. Robert Glass, Jr.
J. Robert Glass, Jr., Bar No. F0523
Chief Solicitor
Attorney for Defendant Kenneth Camacho


By: /s/ Stephen Nutting
Stephen Nutting, Bar No.
Attorney for Plaintiff, Xiao Ping Wang

STIP TO DISMISS  W/ Prejudice
Page 2 of 2