FILED
Clerk
District Court
JUN 25 2024
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

XIAO PING WANG,

    Plaintiff,

v.

KENNETH CAMACHO, in his personal and official capacity,

    Defendant.

Civil Action No. 1-21-CV-00014

**ORDER OF DISMISSAL WITH PREJUDICE AND CASE CLOSURE**

On June 24, 2024, the parties submitted a stipulation for dismissal with prejudice of Civil Action No. 1:21-cv-00014 under Federal Rule of Civil Procedure 41 (ECF No. 54). The Court hereby orders the case DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

SO ORDERED this 25th day of June, 2024.

_____
RAMONA V. MANGLONA
Chief Judge